[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 12-15561
Non-Argument Calendar

_____

D.C. Docket No. 1:10-cv-04145-CAP

PEACH CONDOMINIUM, LLC,

Plaintiff - Appellant,

versus

SENECA INSURANCE COMPANY, INC.,

Defendant - Appellee.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

(March 12, 2013)

Before HULL, JORDAN, and FAY, Circuit Judges.

PER CURIAM:

The summary judgment entered in favor of the appellee is affirmed for the

reasons set forth in the ORDER of the district court dated September, 27, 2012.

**AFFIRMED.**